**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PAUL PETERSON,<br>Defendant. | ) | CR 03-761 RSWL<br><br>ORDER |

The Court is in receipt of Defendant's Motion to Enforce Order Recommending Placement in a Residential Re-Entry Center Pursuant to 18 U.S.C. § 3621(b)(4) [158]. The Government is ordered to file its position papers no later than April 2, 2010. The matter will then be taken under submission.

**IT IS SO ORDERED.**

Dated: March 15, 2010

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge